# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EDWARD JOHNSON,

    Petitioner,

v.                                      Case No. 12-11038

LLOYD RAPELJE,

    Respondent.

_____/

## ORDER DIRECTING PETITIONER TO SUPPLEMENT
## PETITION FOR WRIT OF HABEAS CORPUS

Michigan prisoner Edward D. Johnson ("Petitioner") has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, seeking relief from his state-court criminal sentences.  In 2009, Petitioner pleaded guilty in the Genesee County Circuit Court to assault with intent to rob while armed, Mich. Comp. Laws § 750.89, felon in possession of a firearm, Mich. Comp. Laws § 750.224f, and possession of a firearm during the commission of a felony, Mich. Comp. Laws § 750.227b.  He was sentenced to fifteen-to-twenty-five years imprisonment on the assault conviction, a concurrent term of two-to-five years imprisonment on the felon in possession conviction, and a consecutive term of two years imprisonment on the felony firearm conviction.  *See* Offender Profile, Michigan Department of Corrections Offender Tracking Information System ("OTIS"), http://mdocweb.state.mi.us/OTIS2/otis2profile.aspx?mdocNumber=198460.[1]

---

[1] In his pleadings, Petitioner indicates that he pleaded guilty to first-degree home invasion, Mich. Comp. Laws § 750.110, assault with intent to rob while armed, and

Petitioner lists three sentencing claims in his petition but does not provide the court with any details of those claims.  Petitioner instead references several Appendices to his petition, including his state appellate brief, but has not filed those materials with the court.  Such information is necessary for the court to conduct a preliminary review of his claims.  Accordingly,

IT IS ORDERED that Petitioner is DIRECTED to supplement his petition for writ of habeas corpus [Dkt. # 1], no later than **April 16, 2012**.  The supplemental petition must contain the Appendices referenced in the existing petition and/or provide a more detailed statement of the factual and legal bases for Petitioner's claims.  Failure to comply with this order may result in a non-prejudicial dismissal of the petition.

  s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 14, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 14, 2012, by electronic and/or ordinary mail.

  s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

---

felony firearm.  Supplementation of the petition should resolve this discrepancy.

S:\Cleland\JUDGE'S DESK\C2 ORDERS\12-11038.JOHNSON.2254SupplementPetition.ctb.set.wpd

2