# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EDWARD JOHNSON,

    Petitioner,

v.                               Case No. 12-11038

LLOYD RAPELJE,

    Respondent.
_____/

## JUDGMENT

In accordance with the court's April 27, 2012, "Opinion and Order Dismissing Without Prejudice Petition for a Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability,"

IT IS ORDERED AND ADJUDGED that the court dismisses, without prejudice, Petitioner Edward D. Johnson's petition for writ of habeas corpus. Dated at Detroit, Michigan, this 27th day of April, 2012.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                    BY: s/Lisa Wagner
                                        Lisa Wagner, Deputy Clerk
                                        and Case Manager to
                                        Judge Robert H. Cleland