**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

EDWARD D. JOHNSON, #198460,

        Petitioner,

v.                                   Case No. 12-11038

LLOYD RAPELJE,

        Respondent.
_____/

**JUDGMENT**

In accordance with the April 20, 2015 Opinion and Order issued in this case,

IT IS ORDERED AND ADJUDGED that the Petition for a Writ of Habeas Corpus

is DISMISSED WITH PREJUDICE.

Dated at Detroit, Michigan, this 20th day of April, 2015.


                                        DAVID J. WEAVER
                                        CLERK OF THE COURT


                        BY:  s/Lisa Wagner
                              Case Manager to
                              Judge Robert H. Cleland