UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD JOHNSON,

        Petitioner,

                              Case No: 12-11038-DT

vs.

LLOYD RAPELJE,

        Respondent.
_____/

## ORDER GRANTING APPLICATION TO PROCEED
## ON APPEAL WITHOUT PREPAYMENT OF FEES AND COSTS

The Petitioner has filed an "Application to Proceed Without Prepayment of Fees" on May 19, 2015 in the above matter. The Court has considered the application and believes that it should be granted, therefore,

IT IS ORDERED that the Petitioner's "Application to Proceed without Prepayment of Fees" is **GRANTED.**

                              S/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated: November 2, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 2, 2015, by electronic and/or ordinary mail.

                              S/Lisa Wagner
                              Case Manager and Deputy Clerk
                              (313) 234-5522